◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORAL HUFFMAN, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered June 26, 2006. The judgment convicted defendant, upon his plea of guilty, of absconding from temporary release in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Peradotto, Pine and Gorski, JJ.